UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSWERS CORPORATION,<br><br>　　　　Petitioner,<br><br>　v.<br><br>FIRST EAST CIRCULAR, LLC,<br><br>　　　　Respondent. | Case No. 2:18-CV-01767-RGK-JEM<br><br>**[PROPOSED] JUDGMENT** |

**[PROPOSED]**

**JUDGMENT**

　　Petitioner Answers Corporation has filed a Motion for Default Judgment, a Memorandum of Points and Authorities, and a Declaration in Support requesting entry of judgment against Respondent First East Circular, LLC in the amount of $4,177,724.39 pursuant to Fed. R. Civ. P. 55(b)(1).

　　Petitioner's application complies with L.R. 55-1 in that it is accompanied by a declaration in compliance with Fed. R. Civ. P. 55(b)(1) and provides:

　　(a)　When and against what party the default was entered;

　　(b)　The identification of the pleading to which default was entered;

1    (c) Whether the defaulting party is an infant or incompetent person, and if
2 so, whether that person is represented by a general guardian, committee,
3 conservator, or other representative;
4    (d) That the Servicemembers Civil Relief Act does not apply; and
5    (e) That notice has been served on the defaulting party, if required by
6 Fed. R. Civ. P. 55(b)(2).
7    Finding that all requirements of L.R. 55-1 have been satisfied, and for the
8 cause shown in Petitioner's Memorandum of Points and Authorities and
9 Declaration in Support, the Clerk hereby enters judgment in favor of Petitioner and
10 against Respondent in the amount of $4,177,724.39.  Pursuant to 28 U.S.C. § 1961,
11 interest shall accrue on this judgment at the rate of ___% per annum.

Dated: MAY 3, 2018

YVETTE LOUIS, DEPUTY CLERK

2

03902-0002  316626.1