UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSWERS CORPORATION,<br><br>    Petitioner,<br><br>    v.<br><br>FIRST EAST CIRCULAR, LLC,<br><br>    Respondent. | Case No. 2:18-CV-01767-RGK-JEM<br><br>[~~PROPOSED~~]<br><br>**AMENDED JUDGMENT** |

# [~~PROPOSED~~]
# AMENDED JUDGMENT

Petitioner Answers Corporation has filed a Motion for Default Judgment, a Memorandum of Points and Authorities, and a Declaration in Support requesting entry of judgment against Respondent First East Circular, LLC in the amount of $4,177,724.39 pursuant to Fed. R. Civ. P. 55(b)(1).

Petitioner's application complies with L.R. 55-1 in that it is accompanied by a declaration in compliance with Fed. R. Civ. P. 55(b)(1) and provides:

    (a)    When and against what party the default was entered;

    (b)    The identification of the pleading to which default was entered;

(c) Whether the defaulting party is an infant or incompetent person, and if so, whether that person is represented by a general guardian, committee, conservator, or other representative;

(d) That the Servicemembers Civil Relief Act does not apply; and

(e) That notice has been served on the defaulting party, if required by Fed. R. Civ. P. 55(b)(2).

Finding that all requirements of L.R. 55-1 have been satisfied, and for the cause shown in Petitioner's Memorandum of Points and Authorities and Declaration in Support, the Clerk hereby enters judgment in favor of Petitioner and against Respondent in the amount of $4,177,724.39. Pursuant to 28 U.S.C. § 1961, interest shall accrue on this judgment at the rate of 2.25% per annum.

Dated: MAY 7, 2018

_____
YVETTE LOUIS, DEPUTY CLERK

03902-0002 316834.1